| Mod. Prob. 22 (Rev. 03/2010) | TRANSFER OF JURISDICTION | DOCKET NUMBER: *(Trans. Court)* 1:11CR00015 - 002 |
|---|---|---|
| | | DOCKET NUMBER: *(Rec. Court)* 3:13-00218-01 |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Marcella Nicole Dozier | Western Kentucky | Bowling Green |
| | NAME OF SENTENCING JUDGE | |
| | Thomas B. Russell, Senior Judge, U.S. District Court | |
| | DATES OF PROBATION | FROM 12/04/2012 | TO 12/03/2015 |

OFFENSE:

Conspiracy To Manufacture Methamphetamine [21 USC 846 and 21 USC 841(b)(1)(C)]

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  WESTERN  DISTRICT OF  KENTUCKY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*Thomas B. Russell*
Thomas B. Russell, Senior Judge
United States District Court

January 28, 2013

_____        _____
        Date                     Thomas B. Russell, Senior Judge, U.S. District Court

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Middle District    OF    Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

11-1-13

_____        _____
     Effective Date                         UNITED STATES DISTRICT JUDGE